UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GIOVONNIE MAYO,

                              Plaintiff,           25-CV-03303 (NCM) (PK)

    -against-                               **NOTICE OF APPEARANCE**

CITY OF NEW YORK, et al,

                              Defendants.

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **SANDRA A. BOBER** hereby appears as counsel of record on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant the City of New York.

Dated: New York, New York
         July 7, 2025

                                                  MURIEL GOODE-TRUFANT
                                                  Corporation Counsel of the City of New York
                                                  *Attorney for the City*

                             By:    /s/ Sandra A. Bober
                                        Sandra A. Bober
                                        Senior Counsel
                                        Special Federal Litigation Division
                                        100 Church Street
                                        New York, NY 10007
                                        (212) 356-0827
                                        sabober@law.nyc.gov

cc:     All Counsel of record (via ECF)