Case Name: **Mayo v. City of New York**                    Case Number: **25** CV - **3303** ( **NCM** ) (PK)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| Initial Conference 10/9/25 | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.   Rule 26(f) Conference held | X | | **on 9/12/25** |
| 2.   Rule 26(a)(1) disclosures exchanged | | | **by 10/24/25 in light of pending § 50-k determinations** |
| 3.   Requested: | | | |
| a.   Medical records authorization | X | | **7/8/25 partial 10/9/25 complete** |
| b.   Section 160.50 releases for arrest records | X | | |
| c.   Identification of John Doe/Jane Doe defendants | X | | **interrogatories served 9/12/25** |
| 4.   Procedures for producing Electronically Stored Information (ESI) discussed | X | | |
| 5.   Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | **by 10/9/25** |
| **B.  SETTLEMENT PLAN** | | | |
| 1.   Plaintiff to make settlement demand | | | **by 11/7/25** |
| 2.   Defendant to make settlement offer | | | **by 12/7/25** |
| 3.   Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | | **TBD** |
| 4.   Settlement Conference (proposed date) | | | **TBD** |
| **C.  PROPOSED DEADLINES** | | | |
| 1.   Motion to join new parties or amend pleadings | | | **by 1/24/25** |
| 2.   Initial documents requests and interrogatories | | | **by 11/24/25** |
| 3.   All fact discovery to be completed (including disclosure of medical records) | | | **by 4/3/25** |
| 4.   Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | **by 4/3/25** |

Rev. 11-03-20

| 5. | Expert discovery (only if needed) | | *Check here if not applicable* ☐ |
|----|-----------------------------------|---|---|
| Plaintiff expert proposed field(s) of expertise: | | **(1) Life care plan; (2) neurology; (3) police practices; (4) treating provider; (5) TBD** | |
| Defendant expert proposed field(s) of expertise: | | **Rebuttal experts to above** | |

| | | **DONE** | **NOT APPLICABLE** | **DATE** |
|---|---|---|---|---|
| | a.   Affirmative expert reports due | | | **5/3/26** |
| | b.   Rebuttal expert reports due | | | **6/3/26** |
| | c.   Depositions of experts to be completed | | | **7/3/26** |
| 6. | Completion of ALL DISCOVERY (if different from C.3) | | X | |
| 7. | Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | **7/3/26** |
| 8. | If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | **TBD** |
| 9. | Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | **TBD** |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## *E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY*

| | | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | X | |
| | a.   Response due | | X | |
| | b.   Reply due | | X | |
| 2. | Motion for Rule 23 class certification | | X | |
| | a.   Response due | | X | |
| | b.   Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____          _____

**PEGGY KUO**                                               **Date**
United States Magistrate Judge